UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/15
```

MAYA HAYUK,

              Plaintiff,

v.

TARGET CORPORATION and GRAND IMAGE, LTD.,

              Defendants.

**SCHEDULING ORDER**
Civil Action No. 14-cv-08182 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        WHEREAS, the Court issued an Order for Conference in accordance with Fed. R. Civ. P. 16(b) (the "Order"); and

        WHEREAS, the Order requires that the parties jointly prepare and sign a proposed Scheduling Order containing certain information;

        NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    The date of the conference shall occur and the parties shall make appearances on February 3, 2015.

(2)    The parties shall make automatic disclosures on or before March 3, 2015.

(3)    Plaintiff alleges that Defendants infringed Plaintiff's copyrights in eleven of her original works of art by reproducing, displaying, distributing, and selling copies of unauthorized derivative works. Defendants have denied all of Plaintiff's allegations and have raised certain affirmative defenses.

(4)    Discovery shall proceed according to the following schedule:

    (a)    The parties have not yet identified the persons to be deposed, nor the schedule for any such depositions. All non-expert depositions will be completed on or before ~~August 31~~, 2015. [handwritten: Jun 22]

[handwritten margin note: Reports by MAE 16 Respond by April 13]

    (b)    Document production shall be completed on or before ~~July 31~~, 2015.

    (c)    With respect to expert discovery:

        (i)    Designation of all expert witnesses on issues on which the party has the burden of proof, and the information described in Fed. R. Civ. P. 26(a)(2) concerning

each expert, shall be concluded on or before ~~August 31~~ *July 24*, 2015. Rebuttal of all expert reports shall be concluded on or before ~~September 30, 2015~~ *Aug 14*.

    (ii) Expert depositions to be completed by ~~October 31, 2015~~ *Sept 14*.

(d) All discovery shall be completed on or before ~~November 30, 2015~~ *Sept 14*.

(e) Plaintiff shall supply its pre-trial order matters to Defendants on or before ~~January 8, 2016~~ *Sept 28*.

(f) The parties shall submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and proposed voir dire questions and proposed jury instructions by ~~February 28, 2016~~ *Oct 15, 2015*.

(g) The final pre-trial conference pursuant to Fed. R. Civ. P. 16(d) shall occur on *July 7 at 4:30*.

(5) The parties have filed a proposed stipulated protective order to the Court for approval.

(6) Currently, the parties do not have any discovery issues on which counsel are unable to reach an agreement.

(7) The parties anticipate designating experts in the field of art, finance and accounting.

(8) The parties anticipate the duration of the jury trial to be 3–5 days.

(9) This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

/s/ Aaron Silverstein
Saunders & Silverstein LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
p: 978-463-9100
f: 978-463-9109
asilverstein@massiplaw.com

/s/ Joshua J. Kaufman
Venable LLP
575 7th Street, NW
Washington, DC 20004-1601
p: 202-344-4000
f: 202-344-8300
jkaufman@venable.com

Jessie F. Beeber
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
24th Floor
New York, NY 10020

t: 212-808-5500<br>
f: 212-307-5598<br>
jbeeber@venable.com

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

2/3/15